No. 1204. LEÓN, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1205. AYALA, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1206. GARCÍA, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1207. GARCÍA, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1208. MALDONADO, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1210. De Jesús, Demandante y Apelante, *v.* Hernández, Juez Municipal, Demandado y Apelado.—

No. 1214. Rodríguez, Demandante y Apelante, *v.* Hernández, Juez Municipal, Demandado y Apelado.—

No. 1215. Ramos, Demandante y Apelante, *v.* Hernández, Juez Municipal, Demandado y Apelado:—

No. 1216. Rodriguez, Demandante y Apelante, *v.* Hernández, Juez Municipal, Demandado y Apelado.—

Apelaciones procedentes de la Corte de Distrito de Guayama en un procedimiento de *certiorari* contra el Juez Municipal de Salinas, en un caso sobre exclusión de electores. Mociones de la parte apelada para que se desestime la apelación por no haberse radicado la transcripción de autos y por carecer de finalidad práctica el recurso. Resueltos en diciembre 21, 1914. Desestimadas las apelaciones por las razones consignadas en la resolución dictada en el caso de *Vega* v. *Hernández,* resuelto en diciembre 21, 1914. Los apelantes no comparecieron. Abogado de la parte apelada: *Sr. Salvador Mestre, Fiscal.*